# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROSEMARY COMENA

VERSUS

CECIL P. SMITH, DS SERVICES
OF AMERICA, INC., AND SAFETY
NATIONAL CASUALTY
CORPORATION

NO. 2019 CW 0895

NOV 1 2 2019

---

In Re:     Cecil  P.  Smith,  DS  Services  of  America,  Inc.  and
           Safety  National  Casualty  Corporation,  applying  for
           supervisory  writs,  19th  Judicial  District  Court,
           Parish of East Baton Rouge, No. 656231.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT NOT CONSIDERED.**  This writ application fails to comply
with  Uniform  Rules  of  Louisiana  Courts  of  Appeal,  Rule  4-
5(C)(10).  Relators,  Cecil  P.  Smith,  D.S.  Services  of  America,
Inc., and Safety National Casualty Corporation, failed to file a
copy of the pertinent court minutes or a copy of the pertinent
transcript.

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relators seek to file a new application with
this  court,  it  must  contain  all  pertinent  documentation,  the
missing items noted above, and must comply with Uniform Rules of
Louisiana  Courts  of  Appeal,  Rule  2-12.2.   Any  new  application
must be filed on or before November 26, 2019, and must contain a
copy of this ruling.

                         **VGW**
                         **JMG**
                         **WJC**

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
     FOR THE COURT